898

No. 123. LUCOM ET VIR v. ATLANTIC NATIONAL BANK OF WEST PALM BEACH. C. A. 5th Cir. Certiorari denied. *Charles M. Trammell* and *Eugene Gressman* for petitioners. *Herbert S. Sawyer* and *Irwin L. Langbein* for respondent.

No. 326. WILLMORE v. WILLMORE. Sup. Ct. Minn. Certiorari denied. *Samuel J. L'Hommedieu, Jr.* for petitioner. *Raymond C. Ploetz* for respondent.

No. 341. INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *Irving Abramson* and *Ruth Weyand* for petitioner. Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli and Norton J. Come for the National Labor Relations Board, and *David L. Benetar* for General Electric Co., respondents.

No. 354. GAY, TRUSTEE v. UNITED STATES. Ct. Cl. Certiorari denied. *Albert H. Greene* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas* and *David L. Rose* for the United States.

No. 356. SARDINO v. FEDERAL RESERVE BANK OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. *Victor Rabinowitz* and *Leonard Boudin* for petitioner. *Solicitor General Marshall, Morton Hollander* and *Kathryn H. Baldwin* for respondents.

No. 367. COOPER ET AL. v. CITY OF OKLAHOMA CITY. Sup. Ct. Okla. Certiorari denied. *Leslie L. Conner, Charles Hills Johns, O. A. Cargill, Jr.,* and *James M. Little* for petitioners. *James G. Hamill* for respondent.